# Exhibit A

Franco Fasoli
Buenos Aires 1981
Argentina

2013

- Acrylicwalls , residencia , Ciudad del Cabo , Sudafrica
- Graffuturism , muestra colectiva , Soze Gallery , Los Angeles , USA
- Opening , muestra colectiva , BC Gallery , Berlin , Alemania
- Battlefield , muestra individual , Artifex Gallery , Amberes , Belgica
- Cult to the Character , muestra individual , Inoperable Gallery , Viena , Austria
- Cash , Cans and Candys , muestra colectiva , Hilger Gallery , Viena , Austria
- Festival Mural Ist , Estambul , Turquia
- Festival Living Walls , Atlanta , USA
- Festival Board Drippers , Queretaro , Mexico
- Mediocre , Muestra en conjunto con AXEL VOID , Centro Cultural Matienzo , Buenos Aires , Argentina
- Friends and Family , Muestra colectiva , i 315 Gallery , Miami , USA

2012

- Latir Latino ;Centro Cultural Ricardo Palma ;Lima ,Peru
- My Turn ;Group Show ; Carmichael Gallery ,Los Angeles;USA
- G40 Mural Project ; Richmond , USA
- Open Walls Conference ; Baltimore , USA
- Franco Fasoli = JAZ ; Solo show ; Ras Gallery ; Barcelona , España
- Tou Camp Festival ; Stavanger , Norway
- Bergen Street Art Program ; Bergen ,Norway
- The talking walls of Buenos Aires ; Group Show ; Londonewcastle Art Projects ; London ; UK
- A space in between ; Group show ; Word of art Gallery ; Ciudad delCabo ; Sudafrica
- Mecanismos del lenguaje ; Solo show; Kosovo Gallery ; Cordoba ; Argentina

2011

- XXL; TURBO Galería; Buenos Aires, Argentina
- Mamutt Art Proyect; DF, Mexico
- Living Walls / Primary Flight; Miami, USA
- Enredados, Casa de América; Madrid, Spain
- Open Walls Festival; Barcelona, Spain
- 500con, Group Show at This is not a Gallery; Buenos Aires, Argentina
- Marder, Festival, Centro Cultural General San Martin; Buenos Aires, Argentina
- Fuera de la línea, Museo MACRO; Rosario, Argentina
- Ritual, Group Show at Causey Gallery; New York, USA
- Living Walls, Street Art Conference; Atlanta, USA
- Pop Up Galleries, Red Bull House of Art; Buenos Aires, Argentina

2010

- Bienal Internacional de Street Art de San Pablo, MUBE; San Pablo, Brasil
- Fricciones y Conflictos en Latinoamerica, Casa de la Cultura; Buenos Aires, Argentina
- Conquistadores, Stritching Gallery; Berlin, Germany
- Intervenciones Urbanas Iberoamericanas, CCEBA; Buenos Aires, Argentina
- 3, Pure Evil Gallery; London, UK
- Buenos Aires Calling, Pure Evil Gallery; London, UK
- Aguante, Hollywood in Cambodia; Buenos Aires, Argentina
- Graffigna Graffiti, The Richmond Gallery; Toronto, Canada
- Tremenda Kumbia, Espacio Trimachi; Buenos Aires, Argentina