# Exhibit C

Derek Shamus Mehaffey

---

**EXHIBITIONS**:

2013        **Solo Exhbition.** MOHS Exhbit .Copenhagen, Denmark. (May 24- June 29)

       **Installation.** Art Gallery of Ontario,Toronto, Canada. (Feb.7th)

2012        **Hobos.** Schunck Museum. Heerlen, Netherlands. (Sept 7 - Oct 7)

2011        **Thinkers of This.** Brooklynite Gallery. Brooklyn, USA. (Nov 5 – 26)

       **L'art du Graffiti: 40 Ans de Pressionnisme.** Grimaldi Forum. Monte Carlo. Monaco. (Jul 21 – Aug 21)

       **Installation.** Nuit Blanche Festival. Bucharest, Romania. (June)

2008-2009        **Installation.** Royal Ontario Museum, Institute For Contemporary Culture. Toronto. (Dec 4 -July 5)

       **Le Tag Group Show.** Grand Palais. Paris. France. (Mar 27 – May 3)

2007        **Mural - BAC Festival.** Centre de Cultura Contemporania de Barcelona. Barcelona, Spain (Nov 26 –Dec)

2006        **Other 2 (solo show).** Ottawa, Ontario (Nov 17 - Dec 13)

       **Hope & Despair.** The Bernard Shaw. Dublin, Ireland (Nov 7 - Nov 26)

       **Three Months (solo show).** Le 115. Paris, France (Sep 21 - Oct 7)

2005        **Painting Under Pressure**, Art Gallery of Calgary (Dec 9 - Apr 1)

       **Static-Free.** Space Gallery. Pittsburgh, USA (Sept 30 - Oct 24)

       **Hinterland Who's Who.** Upper Playground Gallery. San Francisco, USA (Nov 3 – 30)

       **Off Grid.** The Ottawa Gallery of Art. Ottawa, Canada (Apr 8 - Jun 5)

       **Moniker.** Webb Gallery. Waxahachie, USA (Nov 16 – Feb 27)

       **401.** Primary Space Gallery. Detroit, USA (Aug 5-19)

2004        **Opposition Party.** Saw Gallery. Ottawa, Canada (Jun 24-Aug 28)

       **Tundra Kids.** Objex Artspace. Miami, USA (Apr 10 - May 7)

2003        **Hype.** AGO. Toronto, Canada (Sept 28 - Oct 14)

       **Other (solo show).** Artguise Gallery. Ottawa, Canada (May 16 – Jun 12)

       **Pretty Gritty.** Rayko Gallery. San Francisco, USA (Mar 21 - 22)

       **The Language of the Railroad.** Gallery Lombardi. Austin, USA (Jan 9 - Jan3)

| | |
|---|---|
| 2002 | **Perfect Day**. Sanctuary Gallery. Burlington, USA (Jul 26 – Aug 10) |
| | **Yobro at the Oboro**. Oboro Gallery. Montreal, Canada (Jan13 - Feb 11) |

## ARTIST LECTURES:

| | |
|---|---|
| 2005 | **Symposium Lecture**. Artivistic Montreal Artists Conference. Montreal, Canada (Sep 23) |
| | **Definition of "public space"**. The Ottawa Art Gallery. Ottawa, Canada (May 28) |
| 2004 | **New Global Graffiti**. Institution of Contemporary Arts London. London, England (Oct 28) |

## PUBLICATIONS:

| | |
|---|---|
| 2011 | **Walls and Frames**. Gestalten Press. Berlin, Germany<br>**Bike Art**. Gingko Press. California, USA |
| 2010 | **Tresspass: A History of Uncommissioned Urban Art**, Taschen Press. Berlin, Germany |
| | **Beyond the Street**. 2 page feature. Gestalten Press. Berlin, Germany. |
| | **Other: the artwork of Troy Lovegates**. 72 page full color book, Antiesm Press. Montreal, Canada. |
| 2007 | **Street Sketchbook**. 2 page feature. Thames and Hudson. London, England |
| 2006 | **FIGHT**. 84 page catalogue of linoleum cuts made in collaboration with Canadian Musician, Sixtoo |
| 2005 | **Montreal Mirror.** Cover story, Winter Arts Preview. Volume 20, No.20 |
| 2004 | **Graffiti World Book**. 4 page feature. Thames and Hudson. England<br>**Modart Magazine**. Article. Issue 2. Germany<br>**Maisonneuve Magazine**. Illustrations. No.10. Aug-Sep issue. Canada |

## AWARDS/GRANTS:

| | |
|---|---|
| 2008 | Canada Council of the Arts production grant. Hand printed and bound book. |
| 2007 | Canada Council of the Arts travel grant. Mural project at Centre de Cultura Contemporania De Barcelona. |
| 2006 | Quebec-Ameriques pour la Jeunesse travel grant. Mural project in Lima, Peru. |
| 2004 | Canada Council of the Arts travel grant. Panel discussion at Institute of Contemporary Art in London, England. |
| 2002-03 | Canada Council for the Arts travel grant. Group art show, *The Language of the Railroad*, in Austin, Texas. |

## RESIDENCIES:

| | |
|---|---|
| July 2014 -present | Affiliate Residency - Headlands Center for the Arts. Sausalito, California |
| Aug 2008 | Symposium International d'art Contemporain de Baie-Saint-Paul |
| July – Oct 2006 | Le 115 Centre des Art. Paris, France |