

United States District Court
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois   60604

Thomas G. Bruton,
Clerk

Office of the Clerk

August 15, 2014

Jami A. Gekas
Foley & Lardner
321 North Clark Street - Suite 2800
Chicago, IL 60654

Re:     Fasoli et al v. Voltage Pictures LLC et al.
USDC No.     1:14-cv-06206

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Please provide this information within ten (10) days of today's date.

Sincerely yours,
Thomas G. Bruton Clerk

By:     Maria G. Hernandez
        Deputy Clerk