## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| FRANCO FASOLI (A/K/A "JAZ"), NICOLAS SANTIAGO ROMERO ESCALADA (A/K/A "EVER") AND DEREK SHAMUS MEHAFFEY (A/K/A "OTHER"), | Case No. 1:14-cv-06206 |
| Plaintiffs, | Hon. Robert W. Gettleman |
| v. | Magistrate Judge Young B. Kim |
| VOLTAGE PICTURES, THE ZANUCK CO. D/B/A ZANUCK INDEPENDENT, MEDIAPRO PICTURES, WELL GO USA INC., AMPLIFY RELEASING, DAVID WARREN, TERENCE VANCE GILLIAM, AND JOHN DOES 1-10. | |
| Defendants. | |

## RESPONSE TO COPYRIGHT REQUEST LETTER

Plaintiffs, by and through their attorneys, provide the following information as requested by the Clerk regarding the asserted copyright (Dkt. 4):

| | |
|---|---|
| COUNTRY OF REGISTRATION | Argentina |
| COPYRIGHT REGISTRATION NUMBER: | 5136763 |
| DATE OF COPYRIGHT: | November 15, 2013 |
| HOLDER(S) OF COPYRIGHT: | Franco Fasoli and Nicolas Santiago Romero Escalada |

Dated: August 18, 2014

Respectfully submitted,

By:   /s/ Jami A. Gekas

Jami A. Gekas (IL# 6275196)
Diego R. Figueroa Rodriguez (*Of Counsel*, NY #3999091 and FL #0103024)
Diego Fernandez (*Of Counsel*, Licensed to Practice in Argentina)
**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Phone: 312.832.4500
Fax:    312.832.4700

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 18th day of August 2014.

/s/ Jami A. Gekas