# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FRANCO FASOLI (A/K/A "JAZ"), NICOLAS SANTIAGO ROMERO ESCALADA (A/K/A "EVER") AND DEREK SHAMUS MEHAFFEY (A/K/A "OTHER"), <br>     Plaintiffs, <br> v. <br><br> VOLTAGE PICTURES, LLC, THE ZANUCK CO. D/B/A ZANUCK INDEPENDENT, MEDIAPRO PICTURES, WELL GO USA INC., AMPLIFY RELEASING, DAVID WARREN, TERENCE VANCE GILLIAM, AND JOHN DOES 1-10, <br>     Defendants. | Case No. 1:14-cv-06206 - RWG |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

**FOLEY & LARDNER LLP**
Jami A. Gekas
Kenneth Suh
Diego Fernandez (*Of Counsel*)
321 N. Clark, Suite 2800
Chicago, IL 60654
Phone: (312) 832-4500
Fax: (312) 832-4700

Diego R. Figueroa Rodriguez (*Of Counsel*)
One Biscayne Tower
2 South Biscayne Boulevard, Suite 1900
Miami, FL 33131
Phone: (305) 482-8400
Fax: (305) 482-8600

*Attorneys for Plaintiffs*

4818-6341-7374.3

Pursuant to Federal Rule of Civil Procedure 65(a) FRANCO FASOLI (A/K/A "JAZ"), NICOLAS SANTIAGO ROMERO ESCALADA (A/K/A "EVER") and DEREK SHAMUS MEHAFFEY (A/K/A "OTHER") (collectively, "**Plaintiffs**"), by and through their attorneys moves this Court for an order granting a preliminary injunction against VOLTAGE PICTURES, LLC, MEDIAPRO PICTURES, WELL GO USA INC., AND AMPLIFY RELEASING (collectively, "**Defendants**").

In support of this Motion, Plaintiff states as follows:

1. This Motion is and will be made on the grounds that Plaintiffs are likely to succeed on the merits of its claims for copyright infringement; that no adequate remedy at law exists; that an injunction will serve the public interest; and that the balance of harms between the Plaintiffs and Defendants favors granting preliminary injunctive relief.

2. Defendants are and will continue to cause Plaintiffs serious and irreparable harm by unlawfully directly and or contributing to the continuing infringement of the copyrighted artwork owned by Plaintiffs.

3. This motion is and will be based upon the concurrently filed supporting Memorandum of Law, Declaration of Kenneth K. Suh, Declaration of Derek Shamus Mehaffey, Declaration of Nicolas Santiago Romero Escalada, and Plaintiffs' Complaint and exhibits thereof (Dkt. 3).

4. Accordingly, Plaintiffs seek a preliminary injunction against Defendants enjoining them, as well as their agents, servants, employees, representatives, subsidiaries, and those acting in concert with them or at their direction, during the pendency of these actions, from engaging in, or enabling, facilitating, or assisting others in, the copying, sale, or distribution of any material that includes, displays, or otherwise makes available to the public, portions of the movie *The Zero Theorem* without the express permission of the Plaintiffs.

Respectfully submitted,

Dated: September 22, 2014

By: /s/ Kenneth K. Suh

Jami A. Gekas (IL# 6275196)
Kenneth K. Suh (TX # 24070701)
Diego R. Figueroa Rodriguez (*Of Counsel*)
Diego Fernandez (*Of Counsel*, Licensed to Practice in Argentina)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Phone: 312.832.4500
Fax: 312.832.4700
Attorneys for Plaintiffs

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 22nd day of September 2014. Copies of this document are being served to all defendants via Federal Express and, where possible, via electronic mail.

                                                         /s/Kenneth K. Suh

                                                         Kenneth K. Suh