## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FRANCO FASOLI (A/K/A "JAZ"), NICOLAS SANTIAGO ROMERO ESCALADA (A/K/A "EVER") AND DEREK SHAMUS MEHAFFEY (A/K/A "OTHER"), <br><br> Plaintiffs, <br><br> v. <br><br> VOLTAGE PICTURES, THE ZANUCK CO. D/B/A ZANUCK INDEPENDENT, MEDIAPRO PICTURES, WELL GO USA INC., AMPLIFY RELEASING, DAVID WARREN, TERENCE VANCE GILLIAM, AND JOHN DOES 1-10. <br><br> Defendants. | Case No. 1:14-cv-06206-RWG <br><br> JURY TRIAL DEMANDED |

## NOTICE OF MOTION

**FOLEY & LARDNER LLP**
Jami A. Gekas
Kenneth Suh
Diego Fernandez (*Of Counsel*)
321 N. Clark, Suite 2800
Chicago, IL 60654
Phone: (312) 832-4500
Fax: (312) 832-4700

Diego R. Figueroa Rodriguez (*Of Counsel*)
One Biscayne Tower
2 South Biscayne Boulevard, Suite 1900
Miami, FL 33131
Phone: (305) 482-8400
Fax: (305) 482-8600

*Attorneys for Plaintiffs*

4812-1061-3278.2

To: Counsel of Record:

PLEASE TAKE NOTICE that on Thursday, September 25, 2014 at 9:15 a.m., or at a time convenient for the Court, counsel for Plaintiffs shall appear before the Honorable Judge Robert W. Gettleman in the courtroom usually occupied by him in Courtroom 1703 of the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, a copy of which is served upon you.

Respectfully submitted,

Dated: September 22, 2014

By: /s/Kenneth K. Suh _____

Jami A. Gekas (IL# 6275196)
Kenneth K. Suh (TX # 24070701)
Diego R. Figueroa Rodriguez (*Of Counsel*)
Diego Fernandez (*Of Counsel*, Licensed to Practice in Argentina)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Phone: 312.832.4500
Fax: 312.832.4700
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 22nd day of September 2014. Copies of this document are being served to all defendants via Federal Express and, where possible, via electronic mail.

                                              /s/Kenneth K. Suh

                                              Kenneth K. Suh