**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| **FRANCO FASOLI (A/K/A "JAZ"), NICOLAS SANTIAGO ROMERO ESCALADA (A/K/A "EVER")** AND **DEREK SHAMUS MEHAFFEY (A/K/A "OTHER"),** Plaintiffs, | ) | |
| **v.** | ) | **Case No. 1:14-cv-06206 -** |
| **RWG VOLTAGE PICTURES, LLC, THE ZANUCK CO. D/B/A ZANUCK INDEPENDENT, MEDIAPRO PICTURES, WELL GO USA INC., AMPLIFY RELEASING, DAVID WARREN, TERENCE VANCE GILLIAM,** AND **JOHN DOES 1-10,** Defendants. | ) | |

**DECLARATION OF NICOLAS SANTIAGO ROMERO ESCALADA**

**FOLEY & LARDNER LLP**
Jami A. Gekas (IL# 6275196)
jgekas@foley.com
Kenneth Suh (TX# 24070701)
ksuh@foley.com
Diego Fernandez (*Of Counsel*, Licensed to Practice in Argentina)
dfernandez@foley.com
321 N. Clark, Suite 2800
Chicago, IL 60654
Phone: (312) 832-4500
Fax: (312) 832-4700

Diego R. Figuero Rodriguez (Of *Counsel*, NY# 3999091 and FL# 0103024)
dfigueroa@foley.com
One Biscayne Tower
2 South Biscayne Boulevard, Suite 1900
Miami, FL 33131
Phone: 305-482-8400
Fax: 305-482-8600
***Counsel for Plaintiffs Franco Fasoli (A/K/A "Jaz"), Nicolas Santiago Romero Escalada (A/K/A "Ever") and Derek Shamus Mehaffey (A/K/A "Other")***

I, Nicolas Santiago Romero Escalada, do hereby declare as follows:

1. I am a professional artist and citizen of Argentina, and reside in Buenos Aires, Argentina.
2. I am also professionally known as "Ever."
3. I have read the complaint in this matter and the facts alleged are true and correct to the best of my knowledge and belief based upon my own personal knowledge as well as information I have received from Franco Fasoli, known widely by the pseudonym "Jaz," and Derek Shamus Mehaffey, known widely by the pseudonym "Other."
4. I have worked as an artist for many years and invested significant time and physical and emotional effort into developing a unique artistic style. Once I developed my own style, I worked diligently for many more years before gaining recognition from the art community and have become a professional artist that is well known by the general public.
5. I, as well as Jaz and Other, have and continue to feature and sell our original artworks through art galleries and art brokers throughout the world.
6. We have also been, and continue to be, asked to undertake specific projects, and are commissioned for certain specific projects.
7. I, as well as Jaz and Other, take on the specific projects that have artistic merit, are consistent with our artistic style and vision, and, in our opinion, strengthens our standing in the art community. I do not take on projects that will harm my reputation, regardless on the money offered to me.
8. Our reputation and goodwill in the art and general community is based on the artistic merits of each work and also on the types projects we choose to undertake. As such,

we routinely refuse requests for commissioned work that we do not believe accurately portrays our artistic visions or lead others to associate us with themes we disagree with.

9. When I learned that someone had copied our work, I felt like someone had drawn our blood when we were asleep and used it to clone us in another part of the world. It's like a sense of surprise and bewilderment to see our work used in this way.

10. I have not seen the infringing film itself, but it's my understanding from the clips and screenshots I have seen that the infringing mural is depicted on the outside of a "sex shop." For me personally, it is extremely distasteful to have my work associated with that type of establishment, even if it is only on film. I have worked hard to establish my artistic integrity and I have never taken a commission to do a mural on an adult store.

11. If approached by the defendants, I would have considered collaborating with them to ensure that my work could be used in the film in a manner that is consistent with the artistic vision for *Castillo* and with my reputation. However, I would not have agreed to allow anyone to use my work to glorify an adult store, as it currently appears in the movie The Zero Theorem. In fact, when I learned about how my work was being used in the movie, I felt like the bricks we have been building on have collapsed because I do not want to be associated with an adult store.

12. I filed this lawsuit because I believe artists have the same rights as museums and galleries—that people should ask permission before using our work so we can protect our reputation.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: September 19, 2014

By: ___________________________

NICOLAS SANTIAGO ROMERO ESCALADA