UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FRANCO FASOLI (A/K/A "JAZ"), NICOLAS SANTIAGO ROMERO ESCALADA (A/K/A "EVER") AND DEREK SHAMUS MEHAFFEY (A/K/A "OTHER"), <br><br>    Plaintiffs, <br><br> v. <br><br> VOLTAGE PICTURES, LLC, THE ZANUCK CO. D/B/A ZANUCK INDEPENDENT, MEDIAPRO PICTURES, WELL GO USA INC., AMPLIFY RELEASING, DAVID WARREN, TERENCE VANCE GILLIAM, AND JOHN DOES 1-10, <br><br>    Defendants. | Case No. 1:14-cv-06206 - RWG |

### DECLARATION OF DEREK SHAMUS MEHAFFEY

**FOLEY & LARDNER LLP**
Jami A. Gekas (IL# 6275196)
 jgekas@foley.com
Kenneth Suh (TX# 24070701)
ksuh@foley.com
Diego Fernandez (*Of Counsel*, Licensed to Practice in Argentina)
dfernandez@foley.com
321 N. Clark, Suite 2800
Chicago, IL 60654
Phone: (312) 832-4500
Fax: (312) 832-4700

Diego R. Figuero Rodriguez (Of *Counsel*, NY# 3999091 and FL# 0103024)
dfigueroa@foley.com
One Biscayne Tower
2 South Biscayne Boulevard, Suite 1900
Miami, FL 33131
Phone: 305-482-8400
Fax: 305-482-8600
***Counsel for Plaintiffs Franco Fasoli (A/K/A "Jaz"), Nicolas Santiago Romero Escalada (A/K/A "Ever") and Derek Shamus Mehaffey (A/K/A "Other")***

1

I, Derek Shamus Mehaffey, do hereby declare as follows:

1. I am a professional artist and citizen of Canada. I reside in San Francisco, California, and am professionally known as "Troy Lovegates," and known more widely as "Other."

2. I have read the complaint in this matter and the facts alleged are true and correct to the best of my knowledge and belief based upon my own personal knowledge as well as information I have received from Franco Fasoli, known widely as "Jaz," and Nicolas "Nico" Romero, known widely as "Ever."

3. I am regularly commissioned to create specific artwork and I also sell the artwork that I create based on my own inspiration. I spend time with my clients to ensure that my artwork will be displayed in a way that I can be proud of because how my art is presented is as important to an artist's reputation.

4. I guard my standing and reputation in the artistic community, and only work on projects that are consistent with my theme and style.

5. I have refused to accept requests for commissioned artwork when I am concerned about how my work, and ultimately I, will be portrayed.

6. *Castillo* is particularly unique because it fuses together the distinct artistic themes and styles that Jaz, Ever, and I are well known for, but our individual themes and styles are still readily identifiable.

7. I learned from Ever that our work had been stolen and used in the movie, The Zero Theorem, without our permission.

8. I have seen how the stolen work has been used in the movie, to decorate the outside of a sex shop. I have never agreed to allow my work to be used or associated with an adult store or anything like an adult store, and I would not have agreed to let the defendants to use it in such a way. The stolen work is readily identifiable as our work (or a copy of our work) and we (Jaz, Ever, and I) will unfortunately become associated with the adult store in the movie.

9. An association with an adult store is completely contrary to my artistic theme and style.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: September 19, 2014

By: _____

DEREK SHAMUS MEHAFFEY (A/K/A "OTHER")